IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-36-D
No. 7:17-CV-179-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DIMITRI LESEAN MURRAY, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's latest motion for early termination of

supervised release [D.E. 126] no later than May 15, 2026. Cf. [D.E. 125].

SO ORDERED. This _1_ day of April, 2026.

JAMES C. DEVER III
United States District Judge