IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-36-D

UNITED STATES OF AMERICA          )
                                  )
         v.                       )          **ORDER**
                                  )
DIMITRI LESEAN MURRAY,            )
                                  )
              Defendant.          )

In light of defendant's serious criminal conduct and serious and violent criminal history, the court DENIES defendant's motion for early termination of supervised release [D.E. 126]. Although defendant has made positive strides on supervised release, defendant will continue to benefit from supervision. See [D.E. 130].

SO ORDERED. This 10 day of April, 2026.

JAMES C. DEVER III
United States District Judge